Soheyl Tahsildoost (Bar No. 27129)
Mehgan Gallagher (Bar No. 338699)
THETA LAW FIRM, LLP
12100 Wilshire Blvd. Suite 1070
Los Angeles, CA 90025
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
eservice@thetafirm.com

Attorneys for Defendant Mercedes-Benz USA, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAFAR RIASAT, an individual; NAYA'S BEAUTY, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No.: 8:25-cv-00794-SRM-JDE<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE Defendant Mercedes-Benz USA, LLC ("Defendant" or "MBUSA") hereby advises this Court that the Parties have reached a settlement as to all claims, all Parties, and all causes of action on the above-referenced case.

Defendant requests that the Court vacate any upcoming hearings and deadlines while the performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiffs, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. Defendant expects to file the dismissal papers within 90 days.

1       Based on the foregoing, Defendant respectfully requests that the Court Order
2 that this action be dismissed without prejudice and the Court continue to retain
3 jurisdiction over this action to enforce the terms of the settlement agreement.

DATED: July 2, 2025           THETA LAW FIRM, LLP

By: _/s/ M_____

MEHGAN GALLAGHER
Attorney for Defendant Mercedes-Benz USA, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2025, I filed the foregoing document entitled **NOTICE OF SETTLEMENT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

\_\_\_/M/_____

Mehgan Gallagher