THETA LAW FIRM, LLP
Soheyl Tahsildoost, Esq. (Bar No. 271294)
Mehgan Gallagher, Esq. (Bar No. 338699)
12100 Wilshire Boulevard, Suite 1070
Los Angeles, CA 90025
eservice@thetafirm.com
Attorneys for Defendant,
MERCEDES-BENZ USA, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAFAR RIASAT, an individual; NAYA'S BEAUTY, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No.: 8:25-cv-00794-SRM-JD<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs ZAFAR RIASAT and NAYA'S BEAUTY, INC ("Plaintiffs") and Defendant Mercedes Benz USA, LLC ("MBUSA" or "Defendant") (collectively "the Parties"), by and through their counsel of record, hereby stipulate and agree that this action shall be dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Respectfully submitted,

Dated: September 17, 2025          **LAW OFFICES OF JON JACOBS**

By:   */s/ Nicolas M Dillavou*
       Nicolas M Dillavou
       Jon P. Jacobs
       Attorneys for Plaintiffs

Dated: September 17, 2025          **THETA LAW FIRM, LLP**

By:
       Soheyl Tahsildoost
       Mehgan Gallagher
       Attorneys for Defendant

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Nicolas M Dillavou, Esq. counsel for Plaintiffs, and that I have obtained authorization to affix their electronic signature to this document.

THETA LAW FIRM, LLP

By: _____
MEHGAN GALLAGHER
Attorney for Defendant Mercedes-Benz USA, LLC